# Third District Court of Appeal

## State of Florida

Opinion filed March 10, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0197
Lower Tribunal Nos. F14-13564, F14-15808, F17-2155, F14-13562

_____

**Nia Eugene,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Andrea R. Wolfson, Judge.

Nia Eugene, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SCALES, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.